## ROBERTS v. STATE.
### No. 18033.

Court of Criminal Appeals of Texas.
March 4, 1936.

Will M. Martin and J. W. McDaniel, both of Hillsboro, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

Earl M. Greer, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery with firearms, punishment being confinement in the penitentiary for life.

The record is before us without statement of facts, and contains no bills of exception save exceptions reserved to the court's charge and the refusal of certain special charges, the merits of which cannot be appraised in the absence of the facts.

The judgment is affirmed.